February 14, 2012

**CERTIFIED MAIL**

RUBENSTEIN LUMBER CO.
5357 W. GRAND AVENUE
CHICAGO, IL 60639

Re:     Statement of Business Affairs, 2nd attempt.

Dear Employer:

Under section 421(a) of the Employer Retirement Security Act you are required to complete a Statement of Business Affairs within 30 days of receipt of the request. On January 12, 2012, our office provided you with a Statement of Business Affairs which you have failed to complete as required by Federal law. I have enclosed an additional Statement of Business Affairs which much be completed and returned to my office within 15 days of receipt of this letter.

In the event we do not receive the Statement of Business Affairs in our office within 15 days I have been instructed by the Trustees to initiate litigation to compel you to do so. You should be aware that if that becomes necessary you will be responsible for attorney fees, court costs and fines up to $100.00 per day for your failure to complete the form.

If you have any questions please contact me at the Fund office.

Sincerely,

Jeffrey W. Hoff
Administrator

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
2/16/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Rubenstein Lumber
5357 W. Grand Ave
Chicago, IL 60639

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 0820 0002 2042 1384

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

7009 2702 0000 0290 6009

**PLAINTIFF'S EXHIBIT**
1