March 1, 2012

RUBENSTEIN LUMBER CO.
5357 W. GRAND AVENUE
CHICAGO, IL 60639

Certified Mail Return/Receipt Requested

Employer # 00037-30037

Dear Employer:

Our records indicate RUBENSTEIN LUMBER CO. no longer employs participants with the Local 786 Lumber Employees Retirement Fund. Therefore our actuaries have calculated your withdrawal liability under the Multiemployer Pension Plan Amendments Act of 1980 (MEPPA).

Enclosed are the following:

        -Schedule A information used in the calculation of the amount of withdrawal liability;
        -Schedule B the calculation of the amount of the withdrawal liability; and
        -Actuarial assumptions used in calculating the withdrawal liability.

The amount of the withdrawal liability after applying the de minimus rule under Section 4209 (a) of ERISA is $926,375.00. The minimum schedule of payments listed below is due starting May 1, 2012 :

        - Eighty (80) quarterly payments of $14,468.00.

Demand for payment is hereby requested in accordance with the attached schedule.

If you have any questions, please call me at the F...

Sincerely,

Jeffrey W. Hoff
Administrator
JWH/rtl

PLAINTIFF'S
EXHIBIT
2

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rubenstein Lumber
5357 W. Grand Ave
Chicago, IL 60639

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by ( Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number 7009 0820 0002 2042 0707
(Transfer from service label)

Domestic Return Receipt 102595-02-M-1540

**Schedule A**

## INFORMATION USED IN THE CALCULATION OF THE WITHDRAWAL LIABILITY

**Name of withdrawn employer:**    Rubenstein

**Date of withdrawal:**    October 1, 2011

**Date of Valuation:**    2011

| Plan Year Ending | Total Employer Contributions | Employers that Withdrew From / To | Contribution Totals for 5 Plan Years | Unfunded Vested Benefits | Rubenstein Contributions |
|---|---|---|---|---|---|
| | | 9/1/03 to 8/31/04 | Net Contributions | | |
| 8/31/00 | $1,395,156 | | $1,395,156 | | $21,600 |
| 8/31/01 | 887,294 | | 887,294 | | 21,600 |
| 8/31/02 | 862,113 | | 862,113 | | 18,920 |
| 8/31/03 | 823,302 | | 823,302 | | 24,180 |
| 8/31/04 | 855,210 | | 855,210 | | 26,120 |
| **TOTAL 8/31/04** | | | 4,823,075 | $4,212,058 | 112,420 |
| | | 9/1/04 to 8/31/05 | Net Contributions | | |
| 8/31/01 | 887,294 | | 887,294 | | 21,600 |
| 8/31/02 | 862,113 | | 862,113 | | 18,920 |
| 8/31/03 | 823,302 | | 823,302 | | 24,180 |
| 8/31/04 | 855,210 | | 855,210 | | 26,120 |
| 8/31/05 | 866,413 | | 866,413 | | 31,200 |
| **TOTAL 8/31/05** | | | 4,294,332 | 5,328,094 | 122,020 |
| | | 9/1/05 to 8/31/06 | Net Contributions | | |
| 8/31/02 | 862,113 | 4,628 | 857,485 | | 18,920 |
| 8/31/03 | 823,302 | 4,836 | 818,466 | | 24,180 |
| 8/31/04 | 855,210 | 5,004 | 850,206 | | 26,120 |
| 8/31/05 | 866,413 | 5,200 | 861,213 | | 31,200 |
| 8/31/06 | 828,760 | 1,500 | 827,260 | | 30,600 |
| **TOTAL 8/31/06** | | | 4,214,630 | 4,756,430 | 131,020 |
| | | 9/1/06 to 8/31/07 | Net Contributions | | |
| 8/31/03 | 818,466 | 32,172 | 786,294 | | 24,180 |
| 8/31/04 | 850,206 | 46,976 | 803,230 | | 26,120 |
| 8/31/05 | 861,213 | 49,190 | 812,023 | | 31,200 |
| 8/31/06 | 827,260 | 35,660 | 791,600 | | 30,600 |
| 8/31/07 | 863,870 | 15,358 | 848,512 | | 31,772 |
| **TOTAL 8/31/07** | | | 4,041,659 | 4,512,928 | 143,872 |

Case 1:13-cv-04169 Document #: 1-2 Filed: 06/06/13 Page 3 of 12 PageID #:8

## INFORMATION USED IN THE CALCULATION OF THE WITHDRAWAL LIABILITY

| Plan Year Ending | Total Employer Contributions | Employers that Withdrew From / To | Contribution Totals for 5 Plan Years | Unfunded Vested Benefits | Rubenstein Lumber Contributions |
|---|---|---|---|---|---|
| | | 9/1/07 to 8/31/08 | Net Contributions | | |
| 8/31/04 | $ 803,230 | $3,876 | $ 799,354 | | $ 26,120 |
| 8/31/05 | 812,023 | 5,600 | 806,423 | | 31,200 |
| 8/31/06 | 791,600 | 5,236 | 786,364 | | 30,600 |
| 8/31/07 | 848,512 | 5,336 | 843,176 | | 31,772 |
| 8/31/08 | 712,436 | 0 | 712,436 | | 29,548 |
| TOTAL 8/31/08 | | | 3,947,753 | $11,889,450 | 149,240 |
| | | 9/1/08 to 8/31/09 | Net Contributions | | |
| 8/31/05 | 806,423 | 34,376 | 772,047 | | 31,200 |
| 8/31/06 | 786,364 | 34,900 | 751,464 | | 30,600 |
| 8/31/07 | 843,176 | 30,716 | 812,460 | | 31,772 |
| 8/31/08 | 712,436 | 32,128 | 680,308 | | 29,548 |
| 8/31/09 | 637,448 | 2,112 | 635,336 | | 26,244 |
| TOTAL 8/31/09 | | | 3,651,615 | 17,437,892 | 149,364 |
| | | 9/1/09 to 8/31/10 | Net Contributions | | |
| 8/31/06 | 751,464 | 146,812 | 604,652 | | 30,600 |
| 8/31/07 | 812,460 | 142,248 | 670,212 | | 31,772 |
| 8/31/08 | 680,308 | 118,076 | 562,232 | | 29,548 |
| 8/31/09 | 635,336 | 97,832 | 537,504 | | 26,244 |
| 8/31/10 | 620,471 | 14,592 | 605,879 | | 25,038 |
| TOTAL 8/31/10 | | | 2,980,479 | 21,065,921 | 143,202 |
| | | 9/1/10 to 8/31/11 | Net Contributions | | |
| 8/31/07 | 670,212 | 42,240 | 627,972 | | 31,772 |
| 8/31/08 | 562,232 | 42,660 | 519,572 | | 29,548 |
| 8/31/09 | 537,504 | 25,478 | 512,026 | | 26,244 |
| 8/31/10 | 605,879 | 21,330 | 584,549 | | 25,038 |
| 8/31/11 | 634,260 | 4,182 | 630,078 | | 22,579 |
| TOTAL 8/31/11 | | | 2,874,197 | 20,287,962[1] | 135,181 |

[1]Adjusted unfunded vested benefits to account for future withdrawal liability payments for those withdrawn employers current in their payment status.

**INFORMATION USED IN THE CALCULATION OF THE WITHDRAWAL LIABILITY**

| Plan Year Ending | Average Weekly Rate | Number of Contributions | 3 Year Totals | Highest 3 Year Average |
|---|---|---|---|---|
| 8/31/00 | $ 80.25 | 269.16 | | |
| 8/31/01 | 85.00 | 254.12 | | |
| 8/31/02 | 89.00 | 212.58 | 735.86 | 245.29 |
| 8/31/03 | 93.00 | 260.00 | 726.70 | 242.23 |
| 8/31/04 | 97.00 | 269.28 | 741.86 | 247.29 |
| 8/31/05 | 100.00 | **312.00** | 841.28 | 280.43 |
| 8/31/06 | 100.00 | **306.00** | 887.28 | 295.76 |
| 8/31/07 | 104.00 | **305.50** | **923.50** | **307.83** |
| 8/31/08 | 120.00 | 246.23 | 857.73 | 285.91 |
| 8/31/09 | 138.00 | 190.17 | 741.90 | 247.30 |
| 8/31/10 | 160.50 | 156.00 | 592.40 | 197.47 |
| 8/31/11 | 184.50 | 122.38 | 468.55 | 156.18 |

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

The withdrawal liability was calculated in accordance with Section 4211 (b) of ERISA known as the presumptive method. The Trustees have adopted a modification to this method, which has been approved by the Pension Benefit Guaranty Corporation, such that if the amount of unfunded vested benefits is zero or less, all amounts determined under Sections 4211(b)(1)(A), (B) or (C) of ERISA prior to that time are considered to be equal to zero.

As of August 31, 2003, the unfunded vested benefit was zero; therefore, the presumptive method starts fresh as of August 31, 2004, when the unfunded vested benefits were $4,212,058.

Under the presumptive method of calculating an employer's withdrawal liability is a portion of each year's changes in unfunded vested benefits for plan years ending after September 25, 1980 under which the employer was obligated to contribute.

Detail of the calculation of this Post September 25, 1980 Liability Portion follows:

**a)  Withdrawal Liability Calculation as of August 31, 2004:**

    (i)   Unfunded vested benefits for plan year ending August 31, 2004:

         $    4,212,058

    (ii)  The unamortized amount as of August 31, 2011:

         $    2,737,838   (65% x $4,212,058)

    (iii)  Employer's portion:  $2,737,838 x  ($112,420 ÷ $4,823,075), or

         $      63,819   ($2,737,838 x .02331)

**b)  Withdrawal Liability Calculation as of August 31, 2005:**

    (i)  Change in unfunded vested benefits for plan year ending August 31, 2005:

         $    5,328,094
         -   4,001,455   (95% x $4,212,058)
         $    1,326,639

    (ii)  The unamortized amount as of August 31, 2011:

         $      928,647   (70% x $1,326,639)

    (iii)  Employer's portion:  $928,647 x ($122,020 ÷ $4,294,332), or

         $      26,383   ($928,647 x .02841)

**c)  Withdrawal Liability Calculation as of August 31, 2006:**

    (i)   Change in unfunded vested benefits for plan year ending August 31, 2006:

         $    4,756,430
         -  3,790,852   (90% x $4,212,058)
         -  1,260,307   (95% x $1,326,639)
         $     (294,729)

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

(ii)     The unamortized amount as of August 31, 2011:

$     (221,047)   (75% x ($294,729))

(iii)    <u>Employer's portion:</u>   $(221,047) x ($131,020 ÷ $4,214,630), or

$       (6,872)   (($221,047) x .03109)

**d)  Withdrawal Liability Calculation as of August 31, 2007:**

(i)   Change in unfunded vested benefits for plan year ending August 31, 2007:

$     4,512,928
- 3,580,249   (85% x $4,212,058)
- 1,193,975   (90% x $1,326,639)
- <u>(279,993)</u>  (95% x ($294,729))
$        18,697

(ii)  The unamortized amount as of August 31, 2011:

$       14,958   (80% x $18,697)

(iii) <u>Employer's portion:</u>  $14,958 x ($143,872 ÷ $4,041,659), or

$          533   ($14,958 x .03560)

**e)  Withdrawal Liability Calculation as of August 31, 2008:**

(i)   Change in unfunded vested benefits for plan year ending August 31, 2008:

$    11,889,450
- 3,369,646   (80% x $4,212,058)
- 1,127,643   (85% x $1,326,639)
- (265,256)   (90% x ($294,729))
- <u>17,762</u>   (95% x $18,697)
$     7,639,655

(ii)  The unamortized amount as of August 31, 2011:

$     6,493,707   (85% x $7,639,655)

(iii) <u>Employer's portion:</u>  $6,493,707 x ($149,240 ÷ $3,947,753), or

$       245,462   ($6,493,707 x .03780)

**f)  Withdrawal Liability Calculation as of August 31, 2009:**

(i)   Change in unfunded vested benefits for plan year ending August 31, 2009:

$    17,437,892
- 3,159,044   (75% x $4,212,058)
- 1,061,311   (80% x $1,326,639)
- (250,520)   (85% x ($294,729))
- 16,827   (90% x $18,697)
- <u>7,257,672</u>   (95% x $7,639,655)
$     6,193,558

(ii)  The unamortized amount as of August 31, 2011:

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

$ 5,574,202 (90% x $6,193,558)

(iii) <u>Employer's portion:</u> $5,574,202 x ($149,364 ÷ $3,651,615), or

$ 227,985 ($5,574,202 x .04090)

**g) Withdrawal Liability Calculation as of August 31, 2010:**

(i) Change in unfunded vested benefits for plan year ending August 31, 2010:

$ 21,065,921
- 2,948,441 (70% x $4,212,058)
- 994,979 (75% x $1,326,639)
- (235,783) (80% x ($294,729))
- 15,892 (85% x $18,697)
- 6,875,690 (90% x $7,639,655)
- 5,883,880 (95% x $6,193,558)
$ 4,582,822

(ii) The unamortized amount as of August 31, 2011:

$ 4,353,681 (95% x $4,582,822)

(iii) <u>Employer's portion:</u> $4,353,681 x ($143,202 ÷ $2,980,479), or

$ 209,194 ($4,353,681 x .04805)

**h) Withdrawal Liability Calculation as of August 31, 2011:**

(i) Change in unfunded vested benefits for plan year ending August 31, 2011:

$ 20,287,962
- 2,737,838 (65% x $4,212,058)
- 928,647 (70% x $1,326,639)
- (221,047) (75% x ($294,729))
- 14,958 (80% x $18,697)
- 6,493,707 (85% x $7,639,655)
- 5,574,202 (90% x $6,193,558)
- 4,353,681 (95% x $4,582,822)
$ 405,976

(ii) The unamortized amount as of August 31, 2011:

$ 405,976 (100% x $405,976)

(iii) <u>Employer's portion:</u> $405,976 x ($135,181 ÷ $2,874,197), or

$ 19,093 ($405,976 x .04703)

**i) Reallocation Liability:**

The reallocated pools consist of amounts that are non-collectible. These are amounts that withdrawn employers are expected not to contribute to the Pension Fund and need to be reallocated to the unfunded value of vested benefits.

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

Terminated during 2005 Plan Year (September 1, 2005 to August 31, 2006)

| Employer | Amount of Withdrawal Liability (prior to applying the de minimis amount) |
|---|---|
| Century Lumber | $26,262 |

Terminated during 2006 Plan Year (September 1, 2006 to August 31, 2007)

| Employer | Amount of Withdrawal Liability (prior to applying the de minimis amount) |
|---|---|
| Evanston Lumber | $ 35,673 |
| Royal Components | 33,847 |
| Total | $69,520 |

Amount Determined Uncollectible during 2006 Plan Year (September 1, 2006 to August 31, 2007)

| Employer | Amount Determined Uncollectible |
|---|---|
| Royal Components | $38,541 |

Terminated during 2007 Plan Year (September 1, 2007 to August 31, 2008)

| Employer | Amount of Withdrawal Liability (prior to applying the de minimis amount) |
|---|---|
| Chicago Panel & Truss | $26,896 |

Terminated during 2009 Plan Year (September 1, 2009 to August 31, 2010)

| Employer | Amount of Withdrawal Liability (prior to applying the de minimis amount) |
|---|---|
| Ockerlund | $17,731 |

Amount in excess of 20-year maximum reallocated during 2009 Plan Year (September 1, 2009 to August 31, 2010)

| Employer | Amount Reallocated |
|---|---|
| Edward Hines | 21,131 |
| INR Beatty | 156,950 |
| Total | $178,081 |

Amount Determined Uncollectible during 2009 Plan Year (September 1, 2009 to August 31, 2010)

| Employer | Amount Determined Uncollectible |
|---|---|
| Edward Hines | $1,163,100 |
| INR Beatty | 1,492,660 |
| Total | $2,655,760 |

Case: 1:13-cv-04169 Document #: 1-2 Filed: 06/05/13 Page 9 of 12 PageID #:14

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

Amount in excess of 20-year maximum reallocated during 2010 Plan Year (September 1, 2010 to August 31, 2011)

| Employer | Amount Reallocated |
|---|---|
| Mayfair | $128,788 |

The reallocated pools as of August 31, 2011 are as follows:

| | Reallocated Liability Pools | | | |
|---|---|---|---|---|
| Terminated During Plan Year | Initial Value | Unamortized Portion | Employer Portion Percentage | Reallocation Liability |
| 2005 | $ 26,262 | $ 19,697 | 0.03109 | $ 612 |
| 2006 | 108,061 | 86,449 | 0.03560 | 3,078 |
| 2007 | 26,896 | 22,862 | 0.03780 | 864 |
| 2009 | 2,851,572 | 2,708,993 | 0.04805 | 130,167 |
| 2010 | 128,788 | 128,788 | .04703 | 6,057 |
| Total as of August 31, 2011 | | | | $140,778 |

**j)** **The total withdrawal liability is the sum of:**

1. Withdrawal liability for plan year ending

| | | |
|---|---|---|
| 8/31/04 | $ | 63,819 |
| 8/31/05 | | 26,383 |
| 8/31/06 | | (6,872) |
| 8/31/07 | | 533 |
| 8/31/08 | | 245,462 |
| 8/31/09 | | 227,985 |
| 8/31/10 | | 209,194 |
| 8/31/11 | | 19,093 |
| | | $785,597 |

2. Reallocation liability

| | | |
|---|---|---|
| 8/31/06 | $ | 612 |
| 8/31/07 | | 3,078 |
| 8/31/08 | | 864 |
| 8/31/10 | | 130,167 |
| 8/31/11 | | 6,057 |
| | $ | 140,778 |

3. Withdrawal Liability     $ 926,375
4. Less: De minimis amount     0[1]

5. Total withdrawal liability     $ 926,375

[1] ERISA Section 4209(a) provides that an employer's liability will be reduced by an amount computed under a de minimis rule. The mandatory amount is the lesser of:

    a) $50,000; or

## CALCULATION OF THE AMOUNT OF THE WITHDRAWAL LIABILITY

b) ¾ of 1% of the plan's unfunded vested benefits determined as of the close of the plan year ending before the date of withdrawal (plan year ending August 31, 2011) or ¾ of 1% of $20,287,962 is $152,160.

However, if the amount of the withdrawal liability exceeds $100,000 then the de minimis amount is reduced by the amount the withdrawal liability exceeds $100,000. The de minims amount of $50,000 is reduced by $826,375 ($926,375 - $100,000) but cannot be less than zero. Therefore, the de minimis amount is $0.

k) **Determination of annual/quarterly payment (See Schedule A for more detail):**

Three consecutive years in which the contribution units were the highest:

| Plan Year Ending | Units (weeks) |
|---|---|
| August 31, 2005 | 312.00 |
| August 31, 2006 | 306.00 |
| August 31, 2007 | 305.50 |
| Total | 923.50 ÷ 3 = 307.83 |

| | |
|---|---|
| Highest contribution rate: | $188.00 per week |
| Annual Payment: | $57,872 (307.83 weeks x $188.00 per week) |
| Quarterly Payment: | $14,468 ($57,872 ÷ 4) |
| Payment Schedule: | Eighty (80) quarterly payments of $14,468. |
| Interest Rate: | The unpaid balance is charged interest at the rate of 7.00% compounded annually. |

## ACTUARIAL ASSUMPTIONS

The Actuarial Assumptions used are as follows:

1. **Rate of Retirement**

   Age 62 or completion of service requirement, if later.

2. **Interest Rate**

   Valuation: 7.00% compounded annually, net of investment and administrative expenses.

   Current Liability: 4.44% compounded annually, net of investment and administrative expenses.

3. **Rates of Mortality**
   Valuation:

   | | |
   |---|---|
   | Healthy: | RP2000 Healthy Combined Mortality Tables, Male and Female. |
   | Disabled: | PBGC 2006 Male and Female mortality table for disabled participants receiving social security disability benefit payments. |

4. **Rates of Withdrawal and Disability**

   The rates of withdrawal are shown in the attachment to this table.

5. **Percentage of Active Membership Married and Age of Spouse**

   It is assumed that all active members are married according to the percentages shown below and each male participant has a spouse 4 years younger and each female participant has a spouse 4 years older.

   | Age | Males (%) | Females (%) |
   |---|---|---|
   | 20-24 | 23.1 | 38.9 |
   | 25-29 | 53.3 | 63.8 |
   | 30-34 | 68.9 | 73.5 |
   | 35-39 | 78.0 | 76.1 |
   | 40-44 | 79.5 | 76.1 |
   | 45-54 | 83.8 | 76.1 |
   | 55-64 | 83.7 | 70.3 |
   | 65-74 | 81.0 | 51.2 |
   | 74 and older | 69.8 | 23.9 |

6. **Assets**

   Assets are valued at Market Value.

## ACTUARIAL ASSUMPTIONS

| Age | Rate (%) | | | |
|---|---|---|---|---|
| | Mortality | | | |
| | Male | Female | Disablement [1] | Withdrawal [2] |
| 20 | .0345 | .0191 | 0.07 | 7.94 |
| 25 | .0376 | .0207 | 0.07 | 7.72 |
| 30 | .0444 | .0264 | 0.07 | 7.40 |
| 35 | .0773 | .0475 | 0.08 | 6.86 |
| 40 | .1079 | .0706 | 0.11 | 6.11 |
| 45 | .1508 | .1124 | 0.23 | 5.16 |
| 50 | .2138 | .1676 | 0.50 | 3.62 |
| 55 | .3624 | .2717 | 1.07 | 1.37 |
| 60 | .6747 | .5814 | 2.17 | 0.13 |

[1] Applies only if eligible for a disability benefit.

[2] Applies prior to eligibility for early retirement.