**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE ) <br> RETIREMENT FUND and MICHAEL YAUGER, ) <br> as Trustee of the Local 786 Lumber Employee ) <br> Retirement Fund, ) <br>                    Plaintiffs, ) <br>     v. ) <br> ) <br> RUBENSTEIN LUMBER CO., ) <br> an Illinois Corporation, ) <br>                    Defendant. ) | Case No.     13 cv 04169 <br><br> Judge Robert M. Dow, Jr. |

**STIPULATION TO DISMISS**

NOW COME Plaintiffs Local 786 Lumber Employee Retirement Fund and Michael Yauger, its Trustee, and Defendant Rubenstein Lumber Co., by and through respective counsel, and hereby stipulate to dismissal of the instant case with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as the parties have resolved all issues in the case and settled all claims.

Respectfully submitted,

Local 786 Lumber Employee Retirement        Rubenstein Lumber Co.
Fund and Michael Yauger, its Trustee


By     s/Anthony Pinelli                 By     s/Timothy Brennan
       Anthony Pinelli                               Timothy Brennan
       Law Office of Anthony Pinelli            DLA Piper LLP
       53 W. Jackson Blvd., Suite 1460         203 N. LaSalle St., Suite 1900
       Chicago, Illinois 60604                       Chicago, Illinois 60601